# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### GREEN BAY DIVISION

Thomas R. Newton and
Rachel J. Newton,

                            Case No.: 22-CV-1236

                Plaintiffs,

v.

Sindhuja Dasaka,
ABC Insurance Company,
An Insurance Corporation/Company/Entity,
Avis Rent a Car System, LLC, and
DEF Insurance Company,
An Insurance Corporation/Company/Entity,

                Defendants.

## AFFIDAVIT OF JOHN F. MAYER

STATE OF WISCONSIN    )
                           ) SS.
MANITOWOC COUNTY    )

JOHN F. MAYER, being first duly sworn on oath, deposes and states as follows:

1. I am one of the attorneys of record for plaintiffs, Thomas and Rachel Newton ("Newtons") in the above-captioned action.

2. This affidavit is made in support of the motion to withdraw as counsel for the plaintiffs.

3. The Newtons have been made aware of the motion, which was provided to them via email.

4. There are irreconcilable differences with the plaintiffs and, therefore, MGW Law, LLP, moves the Court to allow for its withdrawal from the representation of them.

5.      Counsel would ask that the plaintiffs be given sufficient time to obtain new counsel.

_____
John F. Mayer

Subscribed and sworn to before me
this 14th day of August, 2023.

Sarah Endries, Notary Public
Manitowoc County, Wisconsin
My commission expires: 9/3/23.



2