IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

Thomas R. Newton and
Rachel J. Newton,

Case No.: 22-CV-1236

Plaintiffs,

v.

Sindhuja Dasaka,
ABC Insurance Company,
An Insurance Corporation/Company/Entity,
Avis Rent a Car System, LLC, and
DEF Insurance Company,
An Insurance Corporation/Company/Entity,

Defendants.

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

WHEREAS, counsel for plaintiffs, Thomas and Rachel Newton, filed a Motion to Withdraw

as Counsel, and the Court having reviewed the motion and supporting affidavit;

NOW, THEREFORE, it is hereby ORDERED that the motion is GRANTED and the law

firm of MGW Law, LLP and all attorneys there employed are no longer attorneys of record and their

representation of plaintiffs, Thomas and Rachel Newton, in this action is hereby withdrawn.

Dated this _____ day of August, 2023.

BY THE COURT:

_____
William C. Griesbach