IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

THOMAS R. NEWTON and
RACHEL J. NEWTON,

                   Case No.: 22-CV-1236

       Plaintiffs,

v.

SINDHUJA DASAKA,
ABC INSURANCE COMPANY,
An Insurance Corporation/Company/Entity,
AVIS RENT A CAR SYSTEM, LLC, and
DEF INSURANCE COMPANY,
An Insurance Corporation/Company/Entity,

       Defendants.

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

WHEREAS, counsel for plaintiffs, Thomas and Rachel Newton, filed a Motion to Withdraw as Counsel, and the Court having reviewed the motion and supporting affidavit;

NOW, THEREFORE, it is hereby ORDERED that the motion is GRANTED and the law firm of MGW Law, LLP and all attorneys there employed are no longer attorneys of record and their representation of plaintiffs, Thomas and Rachel Newton, in this action is hereby withdrawn.

Dated this 15th day of August, 2023.

              BY THE COURT:

              s/ William C. Griesbach
              William C. Griesbach
              United States District Judge