**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**<u>GREEN BAY DIVISION</u>**

THOMAS R. NEWTON,

RACHEL NEWTON,

and

W.T.P. (WORSHIP THANKS PRAISE) LTD.,

      Plaintiffs,

v.                                                                          Case No. 22-CV-1236

SINDHUJA DASAKA

and

AVIS RENT A CAR SYSTEM, LLC,

      Defendants.

---

### MOTION TO WITHDRAW AS COUNSEL

---

T. Wickham Schmidt, Esq., ("Schmidt") hereby moves to withdraw as counsel for Plaintiffs Thomas R. Newton ("Mr. Newton"), Rachel Newton ("Mrs. Newton"), and W.T.P. (Worship Thanks Praise) Ltd. ("WTP") pursuant to Wisconsin SCR 20:1.16(a)(3).  In explanation of this motion, Schmidt states as follows:

1. On August 22, 2023, Mr. Newton and Mrs. Newton retained Schmidt to represent them in this matter.

2. On May 6, 2024, with the consent of Mr. Newton (WTP's president) and Mrs. Newton (WTP's vice president), Schmidt filed a motion for leave to file a second amended complaint (Docket #31), which added WTP as a Plaintiff.

1

3. On May 21, 2024, the Court granted leave to file the second amended complaint (Docket #45), and WTP was added as a Plaintiff.

4. On June 5, 2024, at mediation before Magistrate Judge William Duffin, the parties reached a settlement of this matter. (Docket #46.)

5. On June 6, 2024, the Court ordered the parties to file a motion to dismiss or a stipulation for dismissal within thirty (30) days. (Docket #50.)

6. On June 17, 2024, Mr. Newton, purporting to speak on behalf of all three Plaintiffs, informed Schmidt by text message that all three Plaintiffs wished to discharge Schmidt as their attorney.

7. Schmidt believes that Wisconsin SCR 20:1.16(a)(3) requires him to file this motion. But see Wisconsin SCR 20:1.16(c).

8. Schmidt has notified Plaintiffs that WTP, "a corporation, cannot litigate pro se or be represented in . . . litigation by a nonlawyer." 1756 W. Lake St. LLC v. Am. Chartered Bank, 787 F.3d 383, 385 (7th Cir. 2015). Pursuant to Wisconsin SCR 20:1.16(d), to avoid any prejudice to Plaintiffs, Schmidt requests that, if this motion is granted, Plaintiffs be granted reasonable time to retain successor counsel.

Dated this 18th day of June, 2024.    T. WICKHAM SCHMIDT, ESQ.
A PROFESSIONAL SERVICE CORPORATION
Attorney for Plaintiffs

BY:    s/ T. Wickham Schmidt
T. Wickham Schmidt, SBN 1062002

P.O. Address:
130 E. Walnut St., Ste. 800
Green Bay, WI  54301
920.759.8114

Direct Contact Information:
T. Wickham Schmidt                920.759.8115 direct dial
920.759.8105 direct fax
wick@twslawgb.com