

U.S. District Court
Wisconsin Eastern

FEB 7 2025

FILED
Clerk of Court

THOMAS R. NEWTON,

RACHEL NEWTON,

and

W.T.P. (WORSHIP THANKS PRAISE) LTD.,

       Plaintiffs,

v.

Case No. 22-CV-01236

SINDHUJA DASAKA,
CNA INSURANCE,
MICROSOFT GLOBAL BUSINESS TRAVEL/MICROSOFT TRAVEL GROUP,
AMERICAN EXPRESS TRAVEL GROUP,
CARTUS INSURANCE CO,
AVIS,
MICROSOFT/AVIS AGREEMENT,
ABC INSURANCE,
AN INSURANCE CORPORATION/COMPANY/ENTITY,
DEF INSURANCE,
AN INSURANCE CORPORATION/COMPANY/ENTITY,

       Defendants.

---

## MOTION TO DISMISS ATTORNEY T. WICKHAM SCHMIDT'S LIEN.

---

**REASON FOR MOTION:**

Enclosed, please find Attorney Schmidt's signed letter releasing his right to a lien.

Thomas Newton
Rachel Newton
718 S 21st St
Manitowoc, WI 54220

February 5, 2025