WTS
T. Wickham Schmidt, Esq.
A Professional Service Corporation

130 East Walnut Street, #800
Green Bay, WI 54301
(920) 759-8115 direct dial
(920) 759-8105 fax
(920) 883-9896 cell
wick@twslawgb.com
www.twslawgb.com

January 24, 2025

**VIA U.S. MAIL**
Thomas Newton
718 S. 21st St.
Manitowoc, WI 54220

**RE: *Newton v. Dasaka* – Case No. 22-CV-1236 (E.D. Wis.)**

Dear Tom:

Enclosed please find documents (including a check) that I recently received from State Farm. While I advised State Farm on June 18, 2024, that I no longer represented you, they seem to have forgotten. You may want to remind them.

Over the past seven months, I have devoted considerable prayer and reflection to the way our relationship ended. I sincerely believe that I neglected no duty to you, moral or legal, nor did I do anything that in any way damaged your case. As I have told you before, I believe the settlement agreement we reached on June 5, 2024, was very much in your best interest and represented the best possible outcome to the case. I was sorry, for your sake as well as mine, that the Court declined to enforce it.

You accused me of being "inept at some of [my] duties and a failure on many counts" in your June 21, 2024, letter to Judge Griesbach. I cannot tell whether you honestly believe what you wrote, or whether you simply wrote it hoping to avoid your obligations to me. In either case, but especially the latter (Prov. 12:22), I believe your accusations are sinful (1 Cor. 6:1-8; James 4:11; Titus 3:2), and I pray that God would convict you of that sin and bring you to a point of repentance.

I also believe it was deceitful and sinful for you to refuse to sign the contingent fee agreement for WTP after I, with your knowledge and consent, brought them into the case (James 5:4). It particularly troubles me that you told my pastor and me that God told you not to sign the WTP agreement, as I do not believe He would tell you anything of the sort (Ex. 20:7). Again, I pray that He will bring you to a point of conviction and repentance.

Speaking of sins, I confess that I have harbored anger toward you since our falling out last June. Among other things, I have found myself hoping that your case ends badly for you, so that you will suffer for the way you treated me. God has convicted me that this is a sin (Matt. 5:22), and I repent of it and apologize to you for it. I hope you will forgive me.

I see that Judge Griesbach has scheduled a trial in your case for May 12, 2025. Any hope of obtaining a decent outcome at or before that trial would depend on you having a lawyer. Finding a lawyer after parting ways with two previous counsel would be difficult under any circumstances. It may be impossible as long as I am asserting an attorney's lien.

I have every legal right to assert this lien. Wis. Stat. § 757.36. Furthermore, it grieves me greatly that I put quite a bit of work into your case (at least 90 hours, I would estimate) without receiving any compensation. In fact, I paid almost $2,000.00 for Deb Bursik's services and about $600.00 for transcripts of the depositions, so I literally lost money on your case.

Countless times in my life, both before and after I was saved, I have prayed that God would forgive my debts, as I forgive my debtors (Matt. 6:12). My understanding of God's forgiveness is that, having accepted Christ's atoning sacrifice on the cross as propitiation for our sins (1 John 4:10), He forgoes both the righteous anger He could justly feel at our sins and the eternal punishment He could justly impose for those sins. He then instructs us to treat others the same way, and warns us of consequences if we do not (Matt. 18:21-35). Thus, whatever rights Wisconsin law may give me to an attorney's lien, I believe I am obligated as a Christian to release that lien (1 Cor. 6:1-8), and I hereby do so.

I am not filing this letter with the Court, but you may share it with prospective counsel and file it with the Court if necessary to confirm that I have released my lien. I will also confirm the authenticity of this letter should anyone call it into question (sadly, I did once have a client forge a letter in my name).

Trusting Christ, and doing my best to follow His example, I forgive you for your sins against me, and I wish you nothing but good in the future.

Sincerely,

T. Wickham Schmidt
Attorney at Law

TWS:tws

Enclosures