**WTP**

*Worship, Thanks & Praise*
*Christian Bookstore*
*718 South 21st Street*
*Manitowoc, WI 54220*



GREEN BAY WI 543

6 FEB 2025   PM 2   L

FREEDOM
FOREVER/USA



FEB 07 2025

U.S. District Court
Eastern District of Wisconsin

The Honorable William C. Griesbach
U.S. District Court for the Eastern District of Wisconsin

125 South Jefferson St.
Green Bay, WI 54301-4541

54301-454127