UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

THOMAS R. NEWTON, et al.,

        Plaintiffs,

    v.                                          Case No. 22-C-1236

SINDHUJA DASAKA, et al.,

        Defendants.

---

### ORDER GRANTING MOTION TO DISMISS LIEN

---

    Based upon Attorney T. Wickham Schmidt's letter, Dkt. No. 80-1, agreeing to the release of his lien on any recovery obtained by Plaintiffs in the above matter, Plaintiffs' motion to dismiss Attorney Schmidt's lien, Dkt. No. 80, is hereby **GRANTED**.

    **SO ORDERED** at Green Bay, Wisconsin this 10th day of February, 2025.

                                                William C. Griesbach
                                              United States District Judge